EDWARD BIRNER et al., Respondents, et al., Plaintiffs, *v.* BICK-
FORD'S, INC., Appellant.

Argued February 26, 1953; decided April 16, 1953.

*Harry H. Brown* and *George L. Ryan* for appellant.

*William Rosenthal* and *Oscar L. Meyerson* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. LOUGHRAN, Ch. J., deceased.